# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KEOMANIVANH PHROMMANY, | Case No. 18-cv-2273 (DSD/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| SECRETARY OF HOMELAND SECURITY; JEFFERSON SESSIONS, Attorney General; SCOTT BANIECKE, ICE Field Office Director; and KURT FREITAG, Sheriff, Freeborn County, | |
| Respondents. | |

Petitioner Keomanivanh Phrommany has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his custody by Immigration and Customs Enforcement ("ICE"). ECF No. 1. Phrommany did not pay the filing fee for this matter, but instead filed an application to proceed *in forma pauperis* ("IFP"). ECF No. 2. The Court has reviewed the IFP application and finds that Phrommany qualifies for IFP status. The IFP application will therefore be granted.

Based on the foregoing, **IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file answers to Phrommany's petition for a writ of habeas corpus within 30 days of the date of this order, certifying the true cause and proper duration of Phrommany's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answers should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Phrommany's incarceration, in light of the issues raised in the petition;

   b. A reasoned memorandum of law and fact fully stating Respondents' legal position on Phrommany's claims; and

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted in this matter.

3. If Phrommany intends to file a reply to Respondents' answers, he must do so within 30 days of the date when the answers are filed.

4. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Date: August  14 , 2018

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge

*Phrommany v. Secretary of Homeland Security et al.*
Case No. 18-cv-2273 (DSD/TNL)